DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE SCHWARTZ,**
Appellant,

v.

**GARY SCHWARTZ,**
Appellee.

No. 4D21-2795

[November 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50202020DR003224XXXXSB.

Michael D. Cirullo, Jr., of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellant.

Jaclyn R. Soroka and B. Niklas Brihammar of Rudolph & Associates, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***